COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Alyssa Russell

Appellate case number:     01-18-00153-CV

Trial court case number:     2017-01735

Trial court:     311th District Court of Harris County

Relator, Alyssa Russell, has filed a petition for writ of mandamus and an emergency motion to stay the trial court's February 21, 2018 oral arbitration order.

The Emergency Motion is **GRANTED** as follows: The February 21, 2018 arbitration order is stayed pending disposition of the petition for writ of mandamus.

The court **REQUESTS** a response to the petition for writ of mandamus from the Real Party in Interest, Anthony Shuman. The response, if any, is due within 14 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
                    ☐ Acting individually     ☒ Acting for the Court

Panel consists of Justices Bland, Lloyd, and Caughey.

Date: <u>March 2, 2018</u>